UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE IVES                                              CIVIL ACTION

VERSUS                                                   NO. 11-1356

STATE OF LOUISIANA                                       SECTION "F" (6)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Tyrone Ives for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITHOUT PREJUDICE** due to his failure to exhaust his state court remedies.

New Orleans, Louisiana, this 11th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE